**Pat S. HOLLOWAY**

v.

**The FIFTH COURT OF APPEALS.**

No. C–7865.

Supreme Court of Texas.

Dec. 7, 1988.

An order of the Fifth Court of Appeals dated November 28, 1988, remanding a related cause to the trial court, being contrary to the Supreme Court's stay order of October 12, 1988, the Fifth Court of Appeals is ordered to vacate its order of November 28, 1988, and to stay all proceedings in that cause until further order of this Court.